

# NUMBER 13-26-00427-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

## IN THE INTEREST OF L.A.C.E, K.Y.C., I.A.C., AND J.A.C., MINOR CHILDREN

---

## ON APPEAL FROM THE 430TH DISTRICT COURT OF HIDALGO COUNTY, TEXAS

---

# MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices Silva and Cron
Memorandum Opinion by Justice Silva**

This matter is before the Court on its own motion. On May 21, 2026, appellant E.C. filed a notice of appeal attempting to appeal a judgment terminating her parental rights over her minor children, L.A.C.E., K.Y.C., I.A.C., and J.A.C. in trial court cause number CW-0114-23-J.[1] However, appellant indicated in her notice of appeal that no written order

---

[1] We refer to appellant and the children by their initials in accordance with the rules of appellate

had been signed. On May 22, 2026, the Clerk of the Court notified appellant that it appears there is no final, appealable order. Furthermore, appellant was notified that if the defect was not cured within ten days, the appeal shall be dismissed.

Absent an appealable interlocutory order or final judgment, this Court has no jurisdiction over this appeal. *See Ogletree v. Matthews*, 262 S.W.3d 316, 319 n.1 (Tex. 2007); *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). The Court, having considered the documents on file and appellant's failure to establish jurisdiction or otherwise correct the defect in her notice of appeal, is of the opinion that the appeal should be dismissed. *See* TEX. R. APP. P. 42.3(a). Accordingly, the appeal is dismissed for want of jurisdiction. *See id*. R. 42.3(a), (c).

CLARISSA SILVA
Justice

Delivered and filed on the
4th day of June, 2026.

---

procedure. *See* TEX. R. APP. P. 9.8(b)(2).